IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT G. REILLY<br>    Plaintiff<br><br>vs.<br><br>AMERICREDIT FINANCIAL<br>SERVICES, INC.<br>    Defendant | CIVIL ACTION<br><br>NO. 15-cv-4735(RBS) |

## STIPULATION OF DISMISSAL

Plaintiff, Albert G. Reilly and Defendant AmeriCredit Financial Services, Inc. by and through their counsel, hereby stipulate that the above-captioned action is dismissed with prejudice. The dismissal shall be without costs, disbursements, or attorneys' fees to any party.

/s/ Andrew M. Milz
Cary L. Flitter, Esq.
Andrew Milz, Esq.
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, Pennsylvania 19072

*Attorneys for Plaintiff*

Dated: May 3, 2016

/s/ Ronald M. Metcho
Ronald M. Metcho
**MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN**
2000 Market Street, Suite 2300
Philadelphia, PA 19103

*Attorneys for Defendants*

Dated: May 3, 2016

APPROVED BY THE COURT THIS 4th DAY OF May, 2016

_____
R. BARCLAY SURRICK, JR.